

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00620-CR

Carlton Leroy **ZIMMERMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. CC678082
Honorable Brenda Chapman, Judge Presiding

# O R D E R

The reporter's record was originally due November 14, 2022. On October 4, 2022, the court reporter filed a notification of late record stating that appellant had not requested the record. On October 5, 2022, we issued an order instructing appellant to provide written proof to this court of such a request by October 17, 2022. On November 3, 2022, the court reporter filed a second notification of late record asking for an extension of unknown duration and stating that the appellant had requested the record but had not paid for it. On November 8, 2022, the court reporter filed the reporter's record. We therefore WITHDRAW our request for written proof of a request from appellant, and we DENY the court reporter's request as MOOT.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.



Michael A. Cruz,
Clerk of Court